# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

Marilyn Kelly,
Chief Justice

137335

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELDON E. JOHNSON,
        Petitioner-Appellant,

v

CITY OF CHARLEVOIX ZONING BOARD
OF APPEALS,
        Respondent-Appellee,

and

JAMES AND PATRICIA ANDERSON,
        Intervenors.

SC: 137335
COA: 284193
Charlevoix CC: 07-078721-AA

_____/

        On order of the Court, the application for leave to appeal the August 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

_____
Clerk

p0422